DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

DETTOR v. BHI PROPERTY CO.

No. 420A88.

Case below: 91 N.C. App. 93.

Petition for discretionary review filed by plaintiffs pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues allowed 3 November 1988.

IN RE TRUST UNDER WILL OF JACOBS

No. 428P88.

Case below: 91 N.C. App. 138.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 November 1988.

JOYCE v. WINSTON-SALEM STATE UNIVERSITY

No. 455P88.

Case below: 91 N.C. App. 153.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 November 1988.

McDONALD v. SCARBORO

No. 425P88.

Case below: 91 N.C. App. 13.

Petition by defendant (W. Gardner McCrary) for discretionary review pursuant to G.S. 7A-31 denied 3 November 1988.

MOORE v. BOBBY DIXON ASSOC.

No. 426P88.

Case below: 91 N.C. App. 64.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 3 November 1988.